IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHASSTADY WALKER<br><br>      Defendant. | 8:18CR247<br><br>**ORDER** |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [65]. Plea negotiations are ongoing between the parties. Defendant is participating in an in-patient treatment program. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [65] is granted as follows:

1. The jury trial, now set for May 28, 2019, is continued to **July 30, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 21st day of May 2019.

                BY THE COURT:

                s/Susan M. Bazis
                United States Magistrate Judge